UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. S. 07-326 GEB |
| v. | ) | |
| | ) | |
| MARIO ARNOLDO SAMPERIO-ORTIZ | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
  (**X**) Ad Prosequendum          ( ) Ad Testificandum

Name of Detainee:
Detained at (custodian):    **DVI TRACY**

Detainee is:   a.)   (**X**) charged in this district by: (**X**) Indictment ( ) Information ( ) Complaint
            charging detainee with: <u>Being a Deported Alien Found in the United States</u>
    or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ( ) return to the custody of detaining facility upon termination of proceedings
     or   b.)   (**X**) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary **FORTHWITH** in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Kyle Reardon |
| Printed Name & Phone No: | KYLE F. REARDON/916-554-2782 |
| Attorney of Record for: | United States of America |

### WRIT OF HABEAS CORPUS
(X) Ad Prosequendum          ( ) Ad Testificandum

  The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: July 27, 2007.

                    _/s/ Edmund F. Brennan_
                    United States Magistrate Judge

___

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Mario Arnoldo Samperio | Male <u>X</u> | Female ___ |
| Booking or CDC #: | F54361 | DOB: | |
| Facility Address: | 23500 Kasson Road | Race: | |
| | Tracy, CA 95376 | FBI # <u>981184LA8</u> | |
| Facility Phone: | 209-835-4141 | | |
| Currently Incarcerated For: | | | |

___

### RETURN OF SERVICE

Executed on _____    By: _____
                         (Signature)