DANIEL BRODERICK, Bar No. 89424
Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
MARIO SAMPERIO-ORTIZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| ) | No. CR S-07-326 GEB | |
| Plaintiff, ) | | |
| ) | **STIPULATION AND [PROPOSED]** | |
| v. ) | **ORDER** | |
| ) | | |
| ) | | |
| MARIO SAMPERIO-ORTIZ ) | Date: November 2, 2007 | |
| ) | Time: 9:00 A.M. | |
| ) | Judge: Hon. Garland E. Burrell | |
| Defendant. ) | | |
| _____) | | |

     Plaintiff United States of America, by its counsel, Assistant United States Attorney Kyle Reardon, and defendant Mario Samperio-Ortiz, by his counsel, Ned Smock, hereby stipulate and agree that the status conference now scheduled for October 5, 2007 at 9:00 AM be vacated and a new date of November 2, 2007 at 9:00 AM be set for status conference.

     This is the defendant's first scheduled status conference.  The defense needs additional time to investigate Mr. Samperio-Ortiz's prior convictions and his deportation proceedings.

     It is stipulated that the period from October 5, 2007 until

1

November 2, 2007 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

                                        Respectfully submitted,
                                        McGREGOR SCOTT
                                        United States Attorney

DATED: October 3, 2007     /s/ Ned Smock for Kyle Reardon
                                        KYLE REARDON
                                        Assistant U. S. Attorney

DATED: October 3, 2007     /s/ Ned Smock
                                        NED SMOCK
                                        Attorney for Defendant
                                        MARIO SAMPERIO-ORTIZ

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

Dated: October 8, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge