DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARIO SAMPERIO-ORTIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-326 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED ORDER] |
| v. ) | |
| ) | |
| MARIO SAMPERIO-ORTIZ ) | Date: December 7, 2007 |
| ) | Time: 9:00 A.M. |
| ) | |
| ) | Judge: Hon. Garland E. Burrell |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the status conference now scheduled for November 2, 2007 at 9:00 AM be vacated and a new date of December 7, 2007 at 9:00 AM be set for status. The defense is reviewing discovery and needs additional time to obtain and review records regarding the defendant's prior conviction.

It is further stipulated and agreed between the parties that the period beginning November 2, 2007 and ending December 7, 2007, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act

for defense preparation.  The defense has been engaged in ongoing legal research and investigation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

                                          Respectfully submitted,

                                          DANIEL BRODERICK
                                          Federal Defender

Dated: November 1, 2007           /s/ Ned Smock
                                          Ned Smock
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          MARIO SAMPERIO-ORTIZ


                                          MCGREGOR W. SCOTT
                                          United States Attorney

Dated: November 1, 2007
                                          /S/ Ned Smock for Kyle Reardon
                                          Kyle Reardon
                                          Assistant U.S. Attorney


                                             **ORDER**

    **IT IS SO ORDERED.**

DATED:  November 7, 2007

                                          GARLAND E. BURRELL, JR.
                                          United States District Judge