```
DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MARIO SAMPERIO-ORTIZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-326 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED ORDER] |
| v. | ) | |
| | ) | |
| MARIO SAMPERIO-ORTIZ | ) | Date: January 11, 2008 |
| | ) | Time: 9:00 A.M. |
| | ) | |
| | ) | Judge: Hon. Garland E. Burrell |
| Defendant. | ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the status conference now scheduled for December 7, 2007 at 9:00 AM be vacated and a new date of January 11, 2008 at 9:00 AM be set for status. The defense recently obtained documentation from the defendant's deportation and is having audible copies of an audiotape of those proceedings made.

    It is further stipulated and agreed between the parties that the period beginning December 7, 2007 and ending January 11, 2008, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act

for defense preparation.  The defense has been engaged in ongoing legal research and investigation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

```
                                    Respectfully submitted,

                                    DANIEL BRODERICK
                                    Federal Defender

Dated: December 5, 2007                  /s/ Ned Smock
                                    Ned Smock
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    MARIO SAMPERIO-ORTIZ


                                    MCGREGOR W. SCOTT
                                    United States Attorney

Dated: December 5, 2007
                                    /S/ Ned Smock for Kyle Reardon
                                    Kyle Reardon
                                    Assistant U.S. Attorney
```

## ORDER

**IT IS SO ORDERED.**

Dated:  December 7, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge