```
 1  DANIEL BRODERICK, Bar # 89424
    Federal Defender
 2  NED SMOCK, Bar # 236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  MARIO SAMPERIO-ORTIZ

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      ) No. CR-S-07-326 GEB
                                   )
12               Plaintiff,        )
                                   ) STIPULATION AND [PROPOSED ORDER]
13       v.                        )
                                   )
14  MARIO SAMPERIO-ORTIZ           ) Date:  January 25, 2008
                                   ) Time:  9:00 A.M.
15                                 ) Judge: Garland E. Burrell, Jr.
                                   )
16               Defendant.        )
    _____

17
```

18     IT IS HEREBY STIPULATED by and between the parties hereto through

19 their respective counsel, KYLE REARDON, Assistant United States

20 Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal

21 Defender, attorney for defendant, that the status conference now

22 scheduled for January 11, 2008 at 9:00 a.m. be vacated and a new date

23 of January 25, 2008 at 9:00 a.m. be set for status.  Defense counsel is

24 engaged in legal research regarding a previous conviction and needs

25 additional time to discuss the case with the defendant.

26     It is further stipulated and agreed between the parties that the

27 period beginning January 11, 2008 and ending January 25, 2008, should

28 be excluded in computing the time within which the trial of the above

criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  The defense has been engaged in ongoing legal research and investigation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

Dated: January 9, 2008              /s/ Ned Smock
                                        Ned Smock
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MARIO SAMPERIO-ORTIZ


                                        MCGREGOR W. SCOTT
                                        United States Attorney

Dated: January 9, 2008
                                        /S/ Ned Smock for Kyle Reardon
                                        Kyle Reardon
                                        Assistant U.S. Attorney


                                **ORDER**

   **IT IS SO ORDERED.**

Dated:  January 11, 2008

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

Stip & Order                            2