1  DANIEL BRODERICK, Bar # 89424
   Federal Defender
2  NED SMOCK, Bar # 236238
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  MARIO SAMPERIO-ORTIZ

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) No. CR-S-07-326 GEB
                                    )
12           Plaintiff,             )
                                    ) STIPULATION AND [PROPOSED ORDER]
13      v.                          )
                                    )
14 MARIO SAMPERIO-ORTIZ,            ) Date: February 29, 2008
                                    ) Time: 9:00 A.M.
15                                  ) Judge: Garland E. Burrell, Jr.
                                    )
16           Defendant.             )
   _____

17

18      IT IS HEREBY STIPULATED by and between the parties hereto through

19 their respective counsel, KYLE REARDON, Assistant United States

20 Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal

21 Defender, attorney for defendant, that the status conference now

22 scheduled for February 15, 2008 at 9:00 a.m. be vacated and a new date

23 of February 29, 2008 at 9:00 a.m. be set for status.  The parties are

24 negotiating a plea agreement that takes into account an unusual

25 situation related to one of the defendant's prior convictions.  It is

26 likely that the parties will have time to finalize that agreement and

27 that defense counsel will be able to review it with the defendant

28 within two weeks.

1  It is further stipulated and agreed between the parties that the
2 period beginning February 15, 2008 and ending February 29, 2008, should
3 be excluded in computing the time within which the trial of the above
4 criminal prosecution must commence for purposes of the Speedy Trial Act
5 for defense preparation.  The defense has been engaged in ongoing legal
6 research and investigation.  All parties stipulate and agree that this
7 is an appropriate exclusion of time within the meaning of Title 18,
8 United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

Dated: February 14, 2008        /s/ Ned Smock
Ned Smock
Assistant Federal Defender
Attorney for Defendant
MARIO SAMPERIO-ORTIZ

MCGREGOR W. SCOTT
United States Attorney

Dated: February 14, 2008

/S/ Ned Smock for Kyle Reardon
Kyle Reardon
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: February 15, 2008

GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                                2